**Avo H. MANEES, Appellant, v. NEW YORK LIFE INSURANCE COMPANY.**

No. 10365.

Circuit Court of Appeals, Eighth Circuit.
Jan. 3, 1936.

Joseph Morrison, of Stuttgart, Ark., for appellant.

**1016**

A. F. House, of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal dismissed with prejudice, at costs of appellant, per stipulation of parties.